Ms Shambaugh:

Either Stephanie Hinds OR Molly K. Priedeman is the "attorney of record" on the case against Ray J. Garcia on the case filed on Sept 24, 2021 per their press release enclosed.

Please send me the case # and the U.S. District judge assigned to the case. If you can, please also send me a docket or anything informing me of the status of the case including the defense attorneys names/addresses who'll get a service copy of my upcoming amicus brief supporting the government's prosecution. I'll be urging the court to bar any leniency in the form of a plea bargain in view of the long history of sex predation against females in our society (e.g. Harvey Weinstein, Dr Larry Nasser, Les Moonves, Roger Ailes, and so many others).

Thanks,
a. Calloway

Case 4:21-cr-00429-YGR   Document 17   Filed 12/03/21   Page 2 of 3

/17/21, 8:45 PM                Warden Of Federal Corrections Institute In Dublin Charged With Sexual Abuse Of A Ward | USAO-NDCA | Department of Justice

United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE
# NORTHERN DISTRICT *of* CALIFORNIA

U.S. Attorneys » Northern District of California » News

Department of Justice

U.S. Attorney's Office

Northern District of California

FOR IMMEDIATE RELEASE                         Wednesday, September 29, 2021

# Warden Of Federal Corrections Institute In Dublin Charged With Sexual Abuse Of A Ward

OAKLAND – Ray J. Garcia has been charged in a criminal complaint with sexual abuse of a ward, announced Acting U.S. Attorney Stephanie M. Hinds; Department of Justice (DOJ), Office of the Inspector General (OIG) Los Angeles Field Office Special Agent in Charge Zachary Shroyer; and FBI Special Agent in Charge Craig D. Fair.

According to the complaint filed September 24, 2021, and unsealed today, Garcia, 54, of Merced, Calif., is the warden of Bureau of Prison Federal Correctional Institute Dublin (FCI Dublin), an all-female low security federal correctional institution. At the time of the offense, he was the associate warden at FCI Dublin. As an associate warden and warden, Garcia had disciplinary authority over inmates incarcerated at FCI Dublin. He received training regarding inappropriate relationships with inmates, including the fact that sexual or financial involvement were prohibited. In addition, in 2019 and 2020 Garcia directed training on the Prison Rape Elimination Act ("PREA"), and trained new supervisors on PREA procedures and policies.

According to the complaint, Garcia knowingly had sexual contact with at least one inmate victim while she was incarcerated at FCI Dublin and was under his custodial, supervisory, or disciplinary authority. In particular, the complaint alleges that Garcia digitally penetrated the victim on multiple occasions. The complaint describes an occasion during which Garcia assaulted a victim and when the victim pushed Garcia's hand away, Garcia put the victim's hand on his genitals. Further, the complaint alleges that Garcia requested that the victim, and at least one other inmate, strip naked for him when he did his rounds at FCI Dublin. Garcia allegedly took photographs of the victim naked in a cell at FCI Dublin and also showed the victim pictures on his cellphone of his own genitalia. The complaint alleges Garcia maintained several nude photographs of the victim on his personal computer.

The complaint further alleges that Garcia took actions to deter the victim from coming forward. As detailed in the complaint, Garcia told the victim that he was "close friends" with the individual responsible for investigating allegations of misconduct by inmates and told the victim that he could not be fired. In addition, law enforcement located hundreds of sexually graphic photographs—including photographs of male and female genitalia and nude photographs of Garcia—on Garcia's work cellphone issued by BOP.

As stated in the complaint, Garcia was placed on administrative leave in July 2021 in connection with the investigation.

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**KATHLEEN SHAMBAUGH**
ACTING CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

November 19, 2021

Dear A. Calloway,

Stephanie Hinds is an attorney in 1,092 cases that have been filed in our court to date.

I searched our records of cases filed in our court on or after January 1, 2016, and found no case within this date range in which she is the attorney of record and Ray Garcia is a named party.

If you know approximately when the case was filed, i.e., in which year (prior to the period I already search), that would help narrow the search.

Sincerely,

Deputy Clerk/LF
Pro Se Case Administrator