```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS S. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

        1301 Clay Street, Suite 340S
        Oakland, California 94612
        Telephone: (510) 637-3680
        FAX: (510) 637-3724
        molly.priedeman@usdoj.gov
```

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-429 YGR |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| RAY GARCIA, | |
| Defendant. | |

A status conference in the above-captioned case is scheduled for May 11, 2022. The Court has notified the parties that the Court is unavailable on that day. Counsel for the United States and counsel for the defendant jointly stipulate and request that that status conference be continued to June 1, 2022, and that time be excluded under the Speedy Trial Act from May 11, 2022 to June 1, 2022.

The government and counsel for the defendant have agreed that time be excluded under and the Speedy Trial Act so that defense counsel can continue to prepare. The government has produced voluminous discovery to defense counsel. For these reasons, the parties stipulate and agree that excluding time until June 1, 2022, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding

1  time from May 11, 2022 to June 1, 2022, from computation under the Speedy Trial Act outweighs the

2  best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

3        The undersigned Assistant United States Attorney certifies that she has obtained approval from

4  counsel for the defendant to file this stipulation, request, and proposed order.

6        IT IS SO STIPULATED.

8  DATED: May 5, 2022       /s/ Molly K. Priedeman
      MOLLY K. PRIEDEMAN
9        Assistant United States Attorney

11  DATED: May 5, 2022       /s/ James Reilly
      JAMES REILLY
12        Attorney for the Defendant

STIPULATION TO EXCLUDE TIME
AND [PROPOSED] ORDER
21-cr-429 YGR      2

**PROPOSED ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from May 11, 2022 to June 1, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 11, 2022 to June 1, 2022, from computation under the Speedy Trial Act outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 11, 2022 to June 1, 2022, shall be excluded from computation under the Speedy Trial Act and the status conference is continued to June 1, 2022

IT IS SO ORDERED.


DATED:_____          _____
                                     THE HONORABLE YVONNE GONZALEZ ROGERS
                                     United States District Judge