UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**RAY J. GARCIA,**<br><br>    Defendant. | No. 21-cr-00429-YGR<br><br>**ORDER ADVANCING TRIAL DATE; REVISED PRETRIAL SCHEDULE** |

A jury trial was previously set for November 30, 2022. Due to changes in the Court's trial schedule and based upon the stipulation of the parties, the trial is being advanced and set for **November 28, 2022**. Counsel is advised that the Court may begin jury selection on November 21, 2022. This will be determined at the pretrial conference set for November 4, 2022 at 9:30 a.m. All remaining deadlines are maintained as previously set and as follows:

| EVENT | DEADLINE |
|---|---|
| DEADLINE TO MEET AND CONFER REGARDING PROPOSED JURY INSTRUCTIONS, VOIR DIRE, EXHIBITS, STIPULATIONS, AND JOINT STATEMENT OF THE CASE | October 7, 2022 |
| MOTIONS IN *LIMINE* | Served October 14, 2022<br>Oppositions October 21, 2022<br>File unresolved motions by October 27, 2022<br>Hearing November 4, 2022 @ 9:30 a.m. |
| STIPULATIONS OF FACT | October 27, 2022 |
| EXHIBIT LIST | October 27, 2022 |
| WITNESS LIST | October 27, 2022 |
| SUBMISSIONS OF TRIAL EXHIBITS TO COURT | October 27, 2022 |
| ADDITIONAL JURY VOIR DIRE QUESTIONS | October 27, 2022 |

| EVENT | DEADLINE |
|---|---|
| PROPOSED JURY INSTRUCTIONS | October 27, 2022 |
| PROPOSED VERDICT FORM | October 27, 2022 |
| GOVERNMENT TRIAL MEMORANDUM | October 27, 2022 |
| JOINT STATEMENT OF THE CASE | October 27, 2022 |
| JOINT PRETRIAL CONFERENCE STATEMENT | October 27, 2022 |
| TRIAL BINDERS TO COURT | October 28, 2022 |
| FIRST PRETRIAL CONFERENCE | November 4, 2022 at 9:30 a.m. |
| DEADLINE TO MEET AND CONFER REGARDING OPENING STATEMENTS | November 10, 2022 |
| OBJECTIONS TO OPENING STATEMENTS | November 18, 2022 |
| TELEPHONIC HEARING TO ADDRESS OBJECTIONS TO OPENING STATEMENTS (IF NECESSARY) | November 22, 2022 |
| JURY SELECTION | November 21, 2022 at 8:00 a.m. (possible) |
| JURY TRIAL | November 28, 2022 at 8:00 a.m. |

**IT IS SO ORDERED.**

Dated: July 5, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**