STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
CASEY BOOME (NYBN 5101845)
ANDREW PAULSON (CABN 267095)
Assistant United States Attorneys

      1301 Clay Street, Suite 340S
      Oakland, California 94612
      Telephone: (510) 637-3680
      FAX: (510) 637-3724
      molly.priedeman@usdoj.gov
      casey.boome@usdoj.gov
      andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. **4:21-cr-00429-YGR** |
| Plaintiff, | ) **JOINT PROPOSED ADDITIONAL QUESTIONS** |
| v. | ) **FOR WRITTEN JUROR QUESTIONNAIRE** |
| RAY J. GARCIA, | ) |
| Defendant. | ) |

Pursuant to the Court's September 29, 2022 Second Revised Scheduling Order, the parties respectfully request that the following questions be added to the Survey Monkey questionnaire that is sent to all prospective jurors.

1. [Added as question 5 in the section titled, "Previous jury service."]  Is there anything about your previous jury service that might affect your ability to be a fair and impartial juror in this case?

    a.  No

    b.  Yes.  Explain.

2. Have you or any of your close friends or relatives been the victim of a sexual assault?

    a.  No

    b.  Yes.  Please explain the general circumstances of the assault, when it occurred, the relationship of the victim to you,  whether it resulted in a criminal prosecution, and whether you participated in the prosecution.

3. If you or any of your close friends or relatives have been the victim of a sexual assault, would you still be able to fairly and impartially decide this case based solely on the evidence presented at trial and the law as given to you by the judge?

    a.  Yes

    b.  No.  Please explain.

4. Have you or any of your close friends or relatives ever been accused of sexual assault?

    a.  No

    b.  Yes.  Please explain.

5. Have you or any of your close friends or relatives ever worked in a jail or prison?

    a.  No

    b.  Yes.  Please identify the person, that person's relationship to you, the location where they were employed, whether it was federal or state prison, and how long they were employed there.

6. Have you or any of your close friends or relatives ever been incarcerated in a jail or prison?

    a.  No

    b.  Yes.  Please identify the person, that person's relationship to you, the location where they

were incarcerated, and how long they were incarcerated.

7.  Do you have strong feelings (positive or negative) about current or former prisoners?

    a.  No

    b.  Yes.  Please explain.

DATED:  October 20, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Andrew Paulson*
ANDREW PAULSON
MOLLY K. PRIEDEMAN
CASEY BOOME
Assistant United States Attorneys

*/s/ James T. Reilly*
JAMES T. REILLY
Attorney for the Defendant