UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>RAY J. GARCIA,<br><br>        Defendant. | Case No.21-cr-00429-YGR-1<br><br>**ORDER FOR JURY BREAKFAST ON DAY 1 AND MEALS DURING CLOSING ARGUMENTS AND DELIBERATIONS** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish breakfast for the first day of trial and lunch for the members of the jury during closing arguments and for each day the jury is in deliberations.

IT IS SO ORDERED.

Dated: November 15, 2022

_____
YVONNE GONZALEZ ROGERS
United States District Judge

*Rev.03/19*