STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
ANDREW PAULSON (CABN 267095)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov
    andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:21-cr-00429-YGR |
| Plaintiff, | UNITED STATES' SECOND AMENDED EXHIBIT LIST |
| v. | |
| RAY J. GARCIA, | |
| Defendant. | |

The United States respectfully submits the following second amended list of exhibits it may introduce at a trial of this matter. The government may seek to supplement this list as trial preparations progress, and will notify the defendant and the Court of any changes to its Exhibit List. Accordingly, leave is respectfully requested to amend this list as circumstances may change.

| | | |
|---|---|---|
| 1 | DATED: November 18, 2022 | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS |
| 3 | | United States Attorney |
| 4 | | */s/ Andrew Paulson* |
| | | ANDREW PAULSON |
| 5 | | MOLLY K. PRIEDEMAN |
| 6 | | Assistant United States Attorney |

UNITED STATES' SECOND AMENDED EXHIBIT LIST
4:21-CR-00429-YGR                                               2

*United States v. Ray Garcia* **(Case No. 4:21-cr-00429-YGR)**
**United States' Second Amended Exhibit List**

| Exhibit No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 1 | Dried Rose | | S | | |
| 2 | Calendar from K.D. | | S | | |
| 3 | R. Garcia's BOP Phone | | S | | |
| 4 | R. Garcia's Personal Phone | | S | | |
| 5 | R. Garcia's Personal Computer | | S | | |
| 6 | Crochet Bikini | | S | | |
| 7 | Photo of Cell | | | X | |
| 8 | Photo of Cell | | S | | |
| 9 | Photo of Cell | | S | | |
| 10 | Photo of Cell | | | X | |
| 11 | Photo of Cell | | | X | |
| 12 | Photo of Cell | | | X | |
| 13 | Photo of Bathroom in Warden Complex | | S | | |
| 14 | Photo of Bathroom in Warden Complex | | S | | |
| 15 | Photo of Bathroom in Warden Complex | | | X | |
| 16 | Photo of Bathroom in Warden Complex | | S | | |
| 17 | Photo of Bathroom in Warden Complex | | | X | |
| 18 | Photo of Bathroom in Warden Complex | | | X | |
| 19 | Photo of Bathroom in Warden Complex | | | X | |
| 20 | Photo of Bathroom in Warden Complex | | | X | |
| 21 | Photo of Cell | | S | | |
| 22 | Photo of Cell | | | X | |
| 23 | Photo of Cell | | S | | |
| 24 | Photo of Cell | | | X | |
| 25 | Photo of Cell | | | X | |
| 26 | Photo of Cell | | | X | |
| 27 | Photo of Cell | | | X | |
| 28 | Photo of Cell | | | X | |
| 29 | Photo of Bathroom in Visitation | | | X | |
| 30 | Photo of Bathroom in Visitation | | | X | |
| 31 | Photo of Bathroom in Visitation | | | X | |
| 32 | Photo of Bathroom in Visitation | | S | | |
| 33 | Photo of Bathroom in Visitation | | S | | |
| 34 | Photo of Bathroom in Visitation | | | X | |

*United States v. Ray Garcia* (Case No. 4:21-cr-00429-YGR)
**United States' Second Amended Exhibit List**

| Exhibit No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 35 | Photo of Bathroom in Visitation | | | X | |
| 36 | Photo of Bathroom in Visitation | | | X | |
| 37 | Photo of Bathroom in Visitation | | | X | |
| 38 | Photo of Bathroom in Visitation | | | X | |
| 39 | Photo of Visitation | | S | | |
| 40 | Photo of Changing Stalls in Visitation | | S | | |
| 41 | Photo of Changing Stalls in Visitation | | | X | |
| 42 | Photo of Changing Stalls in Visitation | | | X | |
| 43 | Photo of Changing Stalls in Visitation | | | X | |
| 44 | Photo of Changing Stalls in Visitation | | | X | |
| 45 | Photo of Visitation | | | X | |
| 46 | Photo of Visitation | | | X | |
| 47 | Photo of Visitation | | | X | |
| 48 | Photo of Visitation | | | X | |
| 49 | Photo of Supply Closet in Visitation | | | X | |
| 50 | Photo of Visitation | | S | | |
| 51 | Photo of Victim 1 | | S | | |
| 52 | Photo of Victim 1 | | | X | |
| 53 | Photo of Victim 1 | | S | | |
| 54 | Photo of Victim 1 | | | X | |
| 55 | Photo of Victim 1 | | S | | |
| 56 | Photo of Victim 1 | | | X | |
| 57 | Denial of Compassionate Release - Victim 1 | | S | | |
| 58 | Denial of Compassionate Release - Victim 2 | | S | | |
| 59 | Request for Compassionate Release - Victim 2 | | S | | |
| 60 | Request for Transfer - Victim 1 | | S | | |
| 61 | Request for Transfer - Victim 1 | | S | | |
| 62 | Email from R. Garcia to FCI Dublin Lieutenants re Visitation Room Workers | | | X | |
| 63 | Email from R. Garcia to FCI Dublin Lieutenants re Visitation Room Workers | | | X | |
| 64 | Email from R. Hinkle to R. Garcia re Allegations re John Bellhouse | | | X | |

<u>United States v. Ray Garcia</u> **(Case No. 4:21-cr-00429-YGR)**
**United States' Second Amended Exhibit List**

| Exhibit No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 65 | Photo of Victim 3 | | S | | |
| 66 | Photo of Victim 3 | | S | | |
| 67 | Photo of Victim 3 | | | X | |
| 68 | Photo of Victim 3 | | | X | |
| 69 | Photo of Victim 3 | | | X | |
| 70 | Photo of Victim 3 | | S | | |
| 71 | Photo of Victim 3 | | S | | |
| 72 | Photo of Victim 3 | | S | | |
| 73 | Photo of Victim 3 | | | X | |
| 74 | Photo of Victim 3 | | | X | |
| 75 | Photo of Victim 3 | | S | | |
| 76 | Photo of Victim 3 | | | X | |
| 77 | Photo of Victim 3 | | | X | |
| 78 | Photo of Victim 3 | | | X | |
| 79 | Photo of Victim 3 | | | X | |
| 80 | Photo of Victim 3 | | | X | |
| 81 | Photo of Victim 3 | | | X | |
| 82 | Photo of Victim 3 | | | X | |
| 83 | Photo of Victim 3 | | | X | |
| 84 | Photo of Victim 3 | | S | | |
| 85 | Photo of Victim 3 | | | X | |
| 86 | Photo of Victim 3 | | | X | |
| 87 | Photo of Victim 3 | | | X | |
| 88 | Photo of Victim 3 | | | X | |
| 89 | Photo of Victim 3 | | | X | |
| 90 | Photo of Victim 3 | | S | | |
| 91 | Photo of Victim 3 | | S | | |
| 92 | Photo of Victim 3 | | | X | |
| 93 | Photo of Victim 3 | | | X | |
| 94 | Photo of Victim 3 | | | X | |
| 95 | Photo of Victim 3 | | | X | |
| 96 | Photo of Victim 3 | | | X | |
| 97 | Photo of Victim 3 | | | X | |
| 98 | Photo of Victim 3 | | | X | |
| 99 | Photo of Victim 3 | | | X | |
| 100 | Photo of Victim 3 | | | X | |
| 101 | Photo of Victim 3 | | | X | |
| 102 | Photo of Victim 3 | | | X | |
| 103 | Photo of Victim 3 | | | X | |
| 104 | Photo of Victim 3 | | | X | |

*United States v. Ray Garcia* **(Case No. 4:21-cr-00429-YGR)**
**United States' Second Amended Exhibit List**

| Exhibit No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 105 | Photo of Victim 3 | | | X | |
| 106 | Photo of Victim 3 | | | X | |
| 107 | Photo of Victim 3 | | | X | |
| 108 | Photo of Victim 3 | | | X | |
| 109 | Photo of Victim 3 | | | X | |
| 110 | Photo of Victim 3 | | | X | |
| 111 | Photo of Victim 3 | | | X | |
| 112 | Photo of Victim 3 | | | X | |
| 113 | Photo of Victim 3 | | | X | |
| 114 | Photo of Victim 3 | | | X | |
| 115 | Google Certification of Authenticity | | S | | |
| 116 | Google Account Subscriber Information | | S | | |
| 117 | Email from Total Wireless | | | X | |
| 118 | Email from Total Wireless | | | X | |
| 119 | Certification of Custodian of Records - TracFone | | S | | |
| 120 | Subscriber Information - TracFone | | S | | |
| 121 | Call Detail Records - TracFone | | S | | |
| 122 | Evidence Custody Document - 2021 Planner for Victim 2 | | | X | |
| 123 | Photos of 2021 Planner - Victim 2 | | | X | |
| 124 | Photos of Dried Rose | | S | | |
| 125 | Photo of Crochet Bikini | | S | | |
| 126 | Calendar from K.D. | | S | | |
| 127 | Photo of R. Garcia's Penis | | | X | |
| 128 | Photo of R. Garcia's Penis | | | X | |
| 129 | Photo of R. Garcia's Penis | | | X | |
| 130 | Photo of R. Garcia's Penis | | | X | |
| 131 | Photo of R. Garcia's Penis | | | X | |
| 132 | Photo of R. Garcia's Penis | | | X | |
| 133 | Photo of R. Garcia's Car | | | X | |
| 134 | Photo of R. Garcia's Car | | | X | |
| 135 | Photo of Driver's Side of R. Garcia's Car | | | X | |
| 136 | Photo of Trunk of R. Garcia's Car | | | X | |
| 137 | Photo of Passenger Side of R. Garcia's Car | | | X | |
| 138 | Photo of Candy on Floorboard of R. Garcia's Car | | | X | |

*United States v. Ray Garcia* **(Case No. 4:21-cr-00429-YGR)**
**United States' Second Amended Exhibit List**

| Exhibit No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 139 | Photo of Candy in Driver's Side Door of R. Garcia's Car | | | X | |
| 140 | Photo of Candy Found in R. Garcia's Car | | | X | |
| 141 | Photo of Candy in Center Console of R. Garcia's Car | | | X | |
| 142 | Photo of Phone in Center Console of R. Garcia's Car | | | X | |
| 143 | Photo of R. Garcia's Personal Phone Found in Center Console | | | X | |
| 144 | Photo of R. Garcia's Personal Phone Found in Center Console | | | X | |
| 145 | Photo of Bag of Candy in Trunk of R. Garcia's Car | | | X | |
| 146 | Photo of Bag of Candy in Trunk of R. Garcia's Car | | | X | |
| 147 | Photo of Candy Found in Trunk of R. Garcia's Car | | | X | |
| 148 | Photo of Candy in Glove Box of R. Garcia's Car | | | X | |
| 149 | Photo of R. Garcia's Personal Cellphone | | | X | |
| 150 | Photo of R. Garcia's Personal Cellphone | | | X | |
| 151 | Photo of R. Garcia's Personal Cellphone | | | X | |
| 152 | Photo of R. Garcia's Bag | | | X | |
| 153 | Photo of R. Garcia's BOP-Issued Cellphone | | | X | |
| 154 | Photo of R. Garcia's Bag | | | X | |
| 155 | Photo of R. Garcia's Office in Residence | | | X | |
| 156 | Photo of R. Garcia's Office in Residence | | | X | |
| 157 | Photo of R. Garcia's Bedroom | | | X | |
| 158 | Photo of R. Garcia's Bedroom | | | X | |
| 159 | Photo of R. Garcia's Bedroom and Bathroom | | | X | |
| 160 | Photo of R. Garcia's Bathroom | | | X | |
| 161 | Photo of R. Garcia's Office in Residence | | | X | |
| 162 | Photo of Laptop Found in R. Garcia's Office in Residence | | | X | |
| 163 | Photo of Laptop Found in R. Garcia's Office in Residence | | | X | |
| 164 | Warnings and Assurances for Interview of R. Garcia | | S | | |

*United States v. Ray Garcia* **(Case No. 4:21-cr-00429-YGR)**
**United States' Second Amended Exhibit List**

| Exhibit No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 165 | Interview of R. Garcia | | S | | |
| 166 | Silicon Valley RCFL Evidence Details | | S | | |
| 167 | Silicon Valley RCFL Evidence Details | | S | | |
| 168 | Silicon Valley RCFL Evidence Details | | S | | |
| 169 | Silicon Valley RCFL Evidence Details | | S | | |
| 170 | Silicon Valley RCFL Evidence Details | | S | | |
| 171 | Silicon Valley RCFL Evidence Details | | S | | |
| 172 | Photo of HP Laptop | | S | | |
| 173 | Photo of HP Laptop | | S | | |
| 174 | Photo of HP Laptop | | S | | |
| 175 | Photo of HP Laptop | | S | | |
| 176 | Property Record - R. Garcia's Cellphone | | S | | |
| 177 | Sign-In Sheet for PREA Training.pdf | | S | | |
| 178 | Sign-In Sheet for PREA Training.pdf | | S | | |
| 179 | Sign-In Sheet for Annual Correctional Training | | S | | |
| 180 | Training Acknowledgement - Sexually Abusive Behavior and Intervention Program | | S | | |
| 181 | Sign-In Sheet for Annual Correctional Training | | S | | |
| 182 | Annual Training Agenda 2017 | | S | | |
| 183 | Annual Training Agenda 2018 | | S | | |
| 184 | Annual Training Agenda 2019 | | S | | |
| 185 | Annual Training Agenda 2021 | | S | | |
| 186 | Annual Training Agenda 2020 | | S | | |
| 187 | Email re pre-ACA/PREA Walk-Through | | S | | |
| 188 | PREA Audit Report - Final | | S | | |
| 189 | Employee Training Report: Any Time (R. Garcia) | | S | | |
| 190 | FCI Dublin PREA Standard 115.13 (a)-1,2,3 - Supervision and Monitoring.pdf | | S | | |

*United States v. Ray Garcia* (Case No. 4:21-cr-00429-YGR)
**United States' Second Amended Exhibit List**

| Exhibit No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 191 | FCI Dublin PREA Standard 115.21 (c)-1,2,3,4,5,6,7,8 - Evidence Protocol and Forensic Medical Examinations.pdf | | S | | |
| 192 | FCI Dublin PREA Standard 115.21 (e)-1 - Evidence Protocol and Forensic Medical Examinations.pdf | | S | | |
| 193 | FCI Dublin PREA Standard 115.21 (f)-1 - Evidence Protocol and Forensic Medical Examinations.pdf | | S | | |
| 194 | FCI Dublin PREA Standard 115.33 (a)-1,2 - Inmate Education.pdf | | S | | |
| 195 | FCI Dublin PREA Standard 115.42 (a)-1 - Use of Screening Information.pdf | | S | | |
| 196 | FCI Dublin PREA Standard 115.51 (b)-1 - Inmate Reporting.pdf | | S | | |
| 197 | FCI Dublin PREA Standard 115.62 (a)-2,3,4 - Agency Protection Duties.pdf | | S | | |
| 198 | FCI Dublin PREA Standard 115.76 (b)-1,2(c)-1,2(d)-1,2 - Disciplinary Sanctions for Staff.pdf | | S | | |
| 199 | BOP PREA Poster (English) | | S | | |
| 200 | BOP PREA Poster (Spanish) | | S | | |
| 201 | Employee Training Report: Any Time (R. Garcia) | | S | | |
| 202 | Training Presentation: Sexually Abusive Behavior | | S | | |
| 203 | Sexual Abuse/Assault Allegation Paperwork | | | X | |
| 204 | Recording of Telephone Call Involving T.A. and C.V. | | | X | |
| 205 | Excerpt of Recording of Telephone Call Involving T.A. and C.V. | | | X | |
| 206 | Garcia Photo | | S | | |
| 207 | Inmate Photo - J.A. | | | X | |
| 208 | Inmate Photo - S.B. | | | X | |
| 209 | Inmate Photo - R.B. | | S | | |
| 210 | Inmate Photo - S.C. | | | X | |
| 211 | Inmate Photo - Y.C. | | S | | |

7

*United States v. Ray Garcia* **(Case No. 4:21-cr-00429-YGR)**
**United States' Second Amended Exhibit List**

| Exhibit No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 212 | Inmate Photo - K.D. | | S | | |
| 213 | Inmate Photo - C.F. | | | X | |
| 214 | Inmate Photo - Victim 2 | | S | | |
| 215 | Inmate Photo - L.F. | | | X | |
| 216 | Inmate Photo - D.G. | | | X | |
| 217 | Inmate Photo - Victim 1 | | S | | |
| 218 | Inmate Photo - M.M. | | S | | |
| 219 | Inmate Photo - A.Q. | | S | | |
| 220 | Inmate Photo - Victim 3 | | S | | |
| 221 | Inmate Photo - G.R. | | S | | |
| 222 | Inmate Photo - K.S. | | | X | |
| 223 | Inmate Photo - T.T. | | S | | |
| 224 | Inmate Photo - C.V. | | S | | |
| 225 | CMS Entrance | | S | | |
| 226 | CMS Hallway | | S | | |
| 227 | CMS Shop 1 | | S | | |
| 228 | CMS Shop 2 | | S | | |
| 229 | CMS Shop 3 | | S | | |
| 230 | CMS Supervisor Doorway | | S | | |
| 231 | F-Unit Front | | S | | |
| 232 | F-Unit Laundry Room 1 | | S | | |
| 233 | F-Unit Laundry Room 2 | | S | | |
| 234 | F-Unit Laundry Room 3 | | S | | |
| 235 | F-Unit Laundry Room 4 | | S | | |
| 236 | F-Unit Rear | | S | | |
| 237 | F-Unit Shower Stall 1 | | | X | |
| 238 | F-Unit Shower Stall 2 | | | X | |
| 239 | F-Unit Shower Stall 3 | | S | | |
| 240 | Rec Area 1 | | S | | |
| 241 | Rec Area 2 | | S | | |
| 242 | Rec Area 3 | | S | | |
| 243 | K.D. Cell Photo 1 | | S | | |
| 244 | K.D. Cell Photo 2 | | S | | |
| 245 | K.D. Cell Photo 3 | | S | | |
| 246 | K.D. Cell Photo 4 | | S | | |
| 247 | K.D. Cell Photo 5 | | S | | |
| 248 | Victim 2 Cell Photo 1 | | S | | |
| 249 | Victim 2 Cell Photo 2 | | S | | |
| 250 | Victim 2 Cell Photo 3 | | S | | |
| 251 | Victim 2 Cell Photo 4 | | | X | |

*United States v. Ray Garcia* **(Case No. 4:21-cr-00429-YGR)**
**United States' Second Amended Exhibit List**

| Exhibit No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 252 | Victim 2 Cell Photo 5 | | | X | |
| 253 | Victim 2 Cell Photo 6 | | S | | |
| 254 | Victim 2 Cell Photo 7 | | | X | |
| 255 | Victim 2 Cell Photo 8 | | S | | |
| 256 | Victim 2 Cell Photo 9 | | S | | |
| 257 | Victim 2 Cell Photo 10 | | | X | |
| 258 | Victim 1 Cell Photo 1 | | S | | |
| 259 | Victim 1 Cell Photo 2 | | S | | |
| 260 | Victim 1 Cell Photo 3 | | S | | |
| 261 | Victim 1 Cell Photo 4 | | | X | |
| 262 | Victim 1 Cell Photo 5 | | | X | |
| 263 | M.M. Cell Photo 1 | | S | | |
| 264 | M.M. Cell Photo 2 | | | X | |
| 265 | M.M. Cell Photo 3 | | S | | |
| 266 | M.M. Cell Photo 4 | | S | | |
| 267 | M.M. Cell Photo 5 | | | X | |
| 268 | Victim 3 Cell Photo 1 | | S | | |
| 269 | Victim 3 Cell Photo 2 | | S | | |
| 270 | Victim 3 Cell Photo 3 | | S | | |
| 271 | Victim 3 Cell Photo 4 | | | X | |
| 272 | Victim 3 Cell Photo 5 | | | X | |
| 273 | Request for Compassionate Release - Victim 2 (Certified Translation) | | S | | |
| 274 | Request for Compassionate Release - Victim 2 (Certificate of Translation) | | S | | |
| 275 | Ethics/Standards of Conduct - Annual Training 2019 Lesson Plan | | S | | |
| 276 | Ethics/Standards of Conduct - Annual Training 2019 | | S | | |
| 277 | Ethics/Standards of Conduct - Annual Training 2020 Lesson Plan | | S | | |
| 278 | Ethics/Standards of Conduct - Annual Training 2020 | | S | | |
| 279 | Ethics/Standards of Conduct - Annual Training 2021 Lesson Plan | | S | | |
| 280 | Ethics/Standards of Conduct - Annual Training 2021 | | S | | |
| 281 | Sexually Abusive Behavior Prevention and Intervention Program - Annual Training 2019 Lesson Plan | | S | | |

*United States v. Ray Garcia* (Case No. 4:21-cr-00429-YGR)
United States' Second Amended Exhibit List

| Exhibit No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 282 | Sexually Abusive Behavior Prevention and Intervention Program - Annual Training 2019 | | S | | |
| 283 | Sexually Abusive Behavior Prevention and Intervention Program - Annual Training 2020 Lesson Plan | | S | | |
| 284 | Sexually Abusive Behavior Prevention and Intervention Program - Annual Training 2020 | | S | | |
| 285 | Sexually Abusive Behavior Prevention and Intervention Program - Annual Training 2021 Lesson Plan | | S | | |
| 286 | Sexually Abusive Behavior Prevention and Intervention Program - Annual Training 2021 | | S | | |
| 287 | Harley Davidson Daily Planner | | | X | |
| 288 | Photo of R. Garcia's Penis | | | X | |
| 289 | Photo of R. Garcia's Penis | | | X | |
| 290 | Photo of R. Garcia's Penis | | | X | |
| 291 | Photo of R. Garcia's Penis | | | X | |
| 292 | Photo of R. Garcia's Penis | | | X | |
| 293 | Photo of R. Garcia's Penis | | | X | |
| 294 | Photo of R. Garcia's Penis | | | X | |
| 295 | Photo of R. Garcia's Penis | | | X | |
| 296 | Photo of R. Garcia's Penis | | | X | |
| 297 | Photo of R. Garcia's Penis | | | X | |
| 298 | Photo of R. Garcia's Penis | | | X | |
| 299 | Photo of R. Garcia's Penis | | | X | |
| 300 | Photo of R. Garcia's Penis | | | X | |
| 301 | Photo of R. Garcia's Penis | | | X | |
| 302 | Photo of R. Garcia's Penis | | | X | |
| 303 | Photo of R. Garcia's Penis | | | X | |
| 304 | Photo of R. Garcia's Penis | | | X | |
| 305 | Photo of R. Garcia's Penis | | | X | |
| 306 | Photo of R. Garcia's Penis | | | X | |
| 307 | Photo of R. Garcia's Penis | | | X | |
| 308 | Inmate Photo - S.S. | | S | | |
| 309 | Request for Transfer / Application of Management Variable (Victim 1) (June 4, 2020) | | S | | |
| 310 | Associate Warden Job Description | | S | | |

10

*United States v. Ray Garcia* **(Case No. 4:21-cr-00429-YGR)**
**United States' Second Amended Exhibit List**

| Exhibit No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 311 | Warden Job Description | | S | | |
| 312 | Diagram of FCI Dublin | | S | | |
| 313 | Aerial View of FCI Dublin | | S | | |
| 314 | Aerial View of FCI Dublin (Labeled) - 1 | | S | | |
| 315 | Aerial View of FCI Dublin (Labeled) - 2 | | S | | |
| 316 | DFE Michael Kan – *Curriculum Vitae* | | | | |
| 317 | Expert Report of DFE Michael Kan | | | | |
| 318 | Photo of F-Unit Exterior 1 | | S | | |
| 319 | Photo of F-Unit Exterior 2 | | S | | |
| 320 | Photo of F-Unit Exterior 3 | | S | | |
| 321 | Photo of F-Unit Exterior 4 | | S | | |
| 322 | Photo of F-Unit Exterior 5 | | S | | |
| 323 | Photo of F-Unit Exterior 6 | | S | | |
| 324 | Photo of F-Unit Exterior 7 | | S | | |
| 325 | Photo of F-Unit Exterior 8 | | S | | |
| 326 | Photo of Hallway Near F-Unit Laundry Room | | S | | |
| 327 | Photo of Hallway Near F-Unit Laundry Room | | S | | |
| 328 | Photo of F-Unit Laundry Room (LAF2) | | S | | |
| 329 | Photo of F-Unit Laundry Room (LAF2) | | S | | |
| 330 | Photo of F-Unit Laundry Room (LAF2) | | S | | |
| 331 | Photo of F-Unit Laundry Room (LAF2) | | S | | |
| 332 | Photo of F-Unit Laundry Room (LAF2) | | S | | |
| 333 | Photo of F-Unit Laundry Room (LAF2) | | S | | |
| 334 | Photo of F-Unit Laundry Room (LAF2) | | S | | |
| 335 | Photo of F-Unit Laundry Room (LAF2) | | S | | |
| 336 | Photo of F-Unit Laundry Room (LAF2) | | S | | |
| 337 | Photo of F-Unit Laundry Room (LAF2) | | S | | |
| 338 | Photo of F-Unit Laundry Room (LAF2) | | S | | |

*United States v. Ray Garcia* **(Case No. 4:21-cr-00429-YGR)**
**United States' Second Amended Exhibit List**

| Exhibit No. | Description | Sponsoring Witness | Stip. to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 339 | Photo of F-Unit Laundry Room (LAF2) | | S | | |
| 340 | Photo of F-Unit Laundry Room (LAF2) | | S | | |
| 341 | Inmate Discipline Report - PD 15 - Chrono | | S | | |
| 342 | Inmate Discipline Report - PD 15 - Special | | S | | |
| 343 | Inmate Discipline Report - Pending | | S | | |
| 344 | Inmate Discipline Report - DARTS | | S | | |
| 345 | Transcript of Interview of R. Garcia | | | | |
| 346 | Excerpts of Sexually Abusive Behavior Prevention and Intervention Program - Annual Training 2020 | | S | | |