1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   ANDREW PAULSON (CABN 267095)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       molly.priedeman@usdoj.gov
        andrew.paulson@usdoj.gov
9
   Attorneys for United States of America
10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                            OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,              )  CASE NO. 4:21-cr-00429-YGR
                                           )
15         Plaintiff,                      )  PARTIES' SECOND STIPULATIONS
                                           )  REGARDING FACTS AND EVIDENCE
16      v.                                 )
                                           )
17  RAY J. GARCIA,                         )
                                           )
18         Defendant.                      )
                                           )
19  ─────────────────────────────

20                          **FACTUAL STIPULATIONS**

21     The United States and Defendant Ray J. Garcia, by and through their counsel of record, hereby

22  stipulate and agree that the following facts are true and correct and may be accepted as fact by the jury:

23     1.   <u>Factual Stipulation No. 8</u>: In accordance with PREA, in 2019, 2020, and 2021, the defendant

24  received annual training regarding the Bureau of Prison's sexual abuse and sexual harassment policies

25  and procedures.

26                        **EVIDENTIARY STIPULATIONS**

27     The United States and Defendant Ray J. Garcia, by and through their counsel of record, hereby agree

28  to the following stipulations regarding the authenticity and/or admissibility of certain evidence:

1. Exhibits 318-340 are photographs of exterior and interior portions of the F-Unit housing complex at FCI Dublin. These exhibits are authentic within the meaning of Fed. R. Evid. 901 and admissible at trial.

2. Exhibits 341-344 are disciplinary records for inmate M.H. These exhibits are authentic within the meaning of Fed. R. Evid. 901 and admissible at trial.

3. Exhibit 345 is a transcript of a July 22, 2021 interview of the defendant (the audio recording of this interview is at Exhibit 165). Exhibit 345 is authentic within the meaning of Fed. R. Evid. 901.

4. Exhibit 346 is an excerpt of a 2020 Sexually Abusive Behavior Prevention and Intervention Program - Annual Training. This exhibit is authentic within the meaning of Fed. R. Evid. 901 and admissible at trial.

DATED: November 18, 2022					Respectfully submitted,

								STEPHANIE M. HINDS
								United States Attorney

								*/s/ Andrew Paulson*
								ANDREW PAULSON
								MOLLY K. PRIEDEMAN
								Assistant United States Attorneys

DATED: November 18, 2022

								*/s/ James T. Reilly*
								JAMES T. REILLY
								Attorney for Defendant Ray J. Garcia