UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** November 21, 2022  **Time:** 8:00 – 8:14; 9:28 – 11:00; 11:20 – 1:30; 1:45 - 3:04; 3:15 – 4:09  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 21-cr-00429-YGR-1  **Case Name:** UNITED STATES v. Ray J. Garcia

**Attorney for Plaintiff:** Molly Priedeman, Andrew Paulson
**Attorney for Defendant:** James Reilly

**Deputy Clerk:** Aris Garcia  **Reported by:** Pamela Hebel

### PROCEEDINGS

Jury Selection – HELD

See attached.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cr-00429-YGR-1
Case Name: USAv. Garcia

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | AUSA Molly Priedeman, AUSA Andrew Paulson | James Reilly |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 11/21/2022, | Pamela Hebel | Aris Garcia |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11/21/2022 | | | Court Reporter: Pamela Hebel | |
| | | 8:00 a.m. | | | Case Called. Administrative discussion with parties | |
| | | 8:14 a.m. | | | Recess | |
| | | 9:28 a.m. | | | Jury Panel enters. 22 jurors enter Courtroom | |
| | | 9:40 a.m. | | | Court voir dire panel of 14 jurors | |
| | | 10:53 a.m. | | | Jurors in the box recessed until 12:30. Jurors not in the box recess for 30 minutes. Private discussions held with select perspective jurors. | |
| | | 11:00 a.m. | | | Recess | |
| | | 11:20 p.m. | | | Back on the record. | |
| | | 11:20 a.m. | | | Court voir dire panel of 8 jurors | |
| | | 12:05 p.m. | | | Jury Panel enters. 29 jurors enter the Courtroom | |
| | | 1:18 p.m. | | | Jury Panel on recess. Private discussions with selected jurors. | |
| | | 1:30 p.m. | | | Recess | |
| | | 1:45 p.m. | | | Government voir dire of 1st panel of jurors | |
| | | 1:52 p.m. | | | Defense counsel voir dire of 1st panel of jurors | |
| | | 2:06 p.m. | | | Government coir dire juror of 2nd panel of jurors | |
| | | 2:15 p.m. | | | Defense counsel voir dire of 2nd panel of jurors | |
| | | 2:20 p.m. | | | Court voir dire of panel of 11 jurors | |
| | | 2:45 p.m. | | | Government counsel voir dire of panel of 11 jurors | |
| | | 2:52 p.m. | | | Defense counsel voir dire of panel of 11 jurors | |

|  |  | **2:55 p.m.** |  |  | **Jurors recess private discussion with selected jurors.** |  |
|---|---|---|---|---|---|---|
|  |  | **3:00 p.m.** |  |  | **Discussion with counsel** |  |
|  |  | **3:04 p.m.** |  |  | **Recess** |  |
|  |  | **3:15 p.m.** |  |  | **Back on the record. Discussion with Counsel re for cause challenges.** |  |
|  |  | **3:30 p.m.** |  |  | **Jurors enter Courtroom. 12 jurors and 4 alternates sworn** |  |
|  |  | **4:09 p.m.** |  |  | **Recess for the day** |  |
|  |  |  |  |  |  |  |