# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 28, 2022  (Time: 4 hours, 27 mins) **JUDGE:** Yvonne Gonzalez Rogers

**Case No:** CR-21-00429-YGR
**Case Name:**   UNITED STATES   v. RAY J. GARCIA

**Attorney for Plaintiff:**     Andrew Paulson; Molly Priedeman
**Attorney for Defendant:**   James Reilly

**Deputy Clerk:**  Kelly Collins          **Court Reporter:**  Pamela Batalo Hebel

### PROCEEDINGS

Jury Trial, Day 1 - HELD.

(See Attached Trial Log)

**CASE CONTINUED TO:** November 29, 2022, at 8:00 a.m. for Further Jury Trial.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cr-00429-YGR-1
Case Name: USAv. Garcia

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Yvonne Gonzalez Rogers | PLAINTIFF ATTORNEY: Andrew Paulson; Molly Priedeman | DEFENSE ATTORNEY: James Reilly |
|---|---|---|
| TRIAL DATE: November 28, 2022 | REPORTER(S): Pamela Batalo Hebel | CLERK: Kelly Collins |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 7:58 a.m. |  |  | Court in session; Discussion with counsel outside the presence of the jury. |  |
|  |  | 8:02 a.m. |  |  | Witnesses sworn under seal |  |
|  |  | 8:08 a.m. |  |  | Court in recess. |  |
|  |  | 8:33 a.m. |  |  | Court in session. |  |
|  |  | 8:35 a.m. |  |  | Jury is present. |  |
|  |  | 8:36 a.m. |  |  | Court gives instructions to the jury. |  |
|  |  | 8:54 a.m. |  |  | Government opening statement by Andrew Paulson |  |
|  |  | 9:14 a.m. |  |  | Defendant opening statement by James Reilly. |  |
|  |  | 9:21 a.m. |  |  | Government calls its first witness **Melissa**. |  |
|  |  | 9:24 a.m. |  |  | Witness is sworn and testified under direct examination by Molly Priedeman. |  |
| 217 |  | 11/28/2022 | X | X | Inmate Photo – Victim 1 |  |
| 314 |  | 11/28/2022 | X | X | Aerial View of FCI Dublin (labeled) 1 |  |
| 50 |  | 11/28/2022 | X | X | Photo of Visitation |  |
| 46 |  | 11/28/2022 | X | X | Photo of Visitation |  |
| 39 |  | 11/28/2022 | X | X | Photo of Visitation |  |
| 38 |  | 11/28/2022 | X | X | Photo of Bathroom Visitation |  |
| 29 |  | 11/28/2022 | X | X | Photo of Bathroom Visitation |  |
|  |  | 9:56 a.m. |  |  | Court and Jury in recess. |  |
|  |  | 10:16 a.m. |  |  | Court is back in session. |  |
|  |  | 10:18 a.m. |  |  | Jury present; direct examination of witness **Melissa** by Molly Priedeman continues. |  |
| 240 |  | 11/28/2022 | X | X | Rec Area 1 |  |
| 241 |  | 11/28/2022 | X | X | Rec Area 2 |  |
| 242 |  | 11/28/2022 | X | X | Rec Area 3 |  |
| 127 |  | 11/28/2022 | X | X | Photo of R. Garcia's Penis |  |
| 288 |  | 11/28/2022 | X | X | Photo of R. Garcia's Penis |  |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia
Date: November 28, 2022
Courtroom Deputy: Kelly Collins - Court Reporter: Pamela Batalo Hebel

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 295 | | 11/28/2022 | X | X | Photo of R. Garcia's Penis | |
| 7 | | 11/28/2022 | X | X | Photo of Cell | |
| 55 | | 11/28/2022 | X | X | Photo of Victim 1 | |
| 52 | | 11/28/2022 | X | X | Photo of Victim 1 | |
| 53 | | 11/28/2022 | X | X | Photo of Victim 1 | |
| 54 | | 11/28/2022 | X | X | Photo of Victim 1 | |
| 56 | | 11/28/2022 | X | X | Photo of Victim 1 | |
| 51 | | 11/28/2022 | X | X | Photo of Victim 1 | |
| 37 | | 11/28/2022 | X | X | Photo of Bathroom in Visitation | |
| 35 | | 11/28/2022 | X | X | Photo of Bathroom in Visitation | |
| 40 | | 11/28/2022 | X | X | Photo of Changing Stalls in Visitation | |
| 42 | | 11/28/2022 | X | X | Photo of Changing Stalls in Visitation | |
| 44 | | 11/28/2022 | X | X | Photo of Changing Stalls in Visitation | |
| 321 | | 11/28/2022 | X | X | Photo of F-Unit Exterior 4 | |
| | | 11:40 a.m. | | | Court and jury in recess. | |
| | | 12:00 p.m. | | | Court is back in session. | |
| | | 12:03 p.m. | | | Jury is present. | |
| | | 12:03 p.m. | | | Cross examination of witness **Melissa** by James Reilly. | |
| | | 1:29 p.m. | | | Jury is admonished and released for the day. | |
| | | 1:30 p.m. | | | Court is adjourned until Tuesday, November 29, 2022, at 8:00 a.m. | |

2