UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** November 29, 2022  (Time: 4 hours, 40 mins) **JUDGE:**  Yvonne Gonzalez Rogers

Case No: CR-21-00429-YGR
Case Name:    UNITED STATES   v. RAY J. GARCIA

Attorney for Plaintiff:    Andrew Paulson; Molly Priedeman
Attorney for Defendant:   James Reilly

**Deputy Clerk:**  Kelly Collins          **Court Reporter:**  Pamela Batalo Hebel

PROCEEDINGS

Jury Trial, Day 2 - HELD.

(See Attached Trial Log)

**CASE CONTINUED TO:** November 30, 2022, at 8:00 a.m. for Further Jury Trial.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cr-00429-YGR-1
Case Name: USAv. Garcia

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Andrew Paulson; Molly Priedeman | James Reilly |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| November 29, 2022 | Pamela Batalo Hebel | Kelly Collins |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **Tuesday, November 29, 2022** | |
| | | 7:59 a.m. | | | Court is in session; Discussion with counsel outside the presence of the jury. | |
| | | 8:05 a.m. | | | Witness is sworn under seal. | |
| | | 8:06 a.m. | | | Court is in recess. | |
| | | 8:33 a.m. | | | Court is in session. | |
| | | 8:35 a.m. | | | Jury is present. | |
| | | 8:36 a.m. | | | Cross examination of witness **Melissa** by Mr. Reilly continues. | |
| | | 8:59 a.m. | | | Redirect examination of witness **Melissa** by Ms. Priedeman. | |
| | | 9:09 a.m. | | | Witness **Melissa** is excused for the day subject to recall. | |
| | | 9:10 a.m. | | | Court instructs jurors on factual stipulations. | |
| | | 9:11 a.m. | | | Andrew Paulson reads factual stipulations #1, 2, and 7 into the record. | |
| | | 9:12 a.m. | | | Government calls its second witness **BOP Correctional Officer Stephanie Milliken**. | |
| | | 9:13 a.m. | | | Witness is sworn and testified under direct examination by Andrew Paulson. | |
| 341 | | 11/29/2022 | | | Inmate Discipline Report – PD 15 -Chrono | |
| 342 | | 11/29/2022 | | | Inmate Discipline Report – PD 15 – Special | |
| 343 | | 11/29/2022 | | | Inmate Discipline Report – Pending | |
| 344 | | 11/29/2022 | | | Inmate Discipline Report – DARTS | |
| 60 | | 11/29/2022 | | | Request for Transfer – Victim 1 | |
| | | 9:48 a.m. | | | Cross examination of witness **Officer Milliken.** | |
| | | 9:57 a.m. | | | Jury in recess. | |
| | | 9:58 a.m. | | | Discussion with counsel regarding exhibits #58 and 59. | |
| | | 10:04 a.m. | | | Court in recess. | |

1

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia

# EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:20 a.m. | | | Court is back in session. | |
| | | 10:21 a.m. | | | Jury is present. Cross examination of witness **Officer Milliken** continues. | |
| | 58 | 11/29/2022 | X | X | Denial of Compassionate Release – Victim 2 | |
| | 59 | 11/29/2022 | X | X | Request for Compassionate Release – Victim 2 | |
| | | 10:43 a.m. | | | Redirect examination of witness **Officer Milliken** by Andrew Paulson. | |
| | | 10:45 a.m. | | | Witness **Officer Milliken** is excused. | |
| | | 10:46 a.m. | | | Government calls its third witness **Maria.** | |
| | | 10:46 a.m. | | | Witness is sworn and testified under direct examination by Andrew Paulson with the assistance of Spanish Interpreter Conchita Lozano. | |
| 214 | | 11/29/2022 | X | X | Inmate Photo – Victim 2 | |
| 1 | | 11/29/2022 | X | X | Dried Rose | |
| | | 11:20 a.m. | | | Andrew Paulson reads factual stipulation #16 into the record. | |
| 273 | | 11/29/2022 | X | X | Request for Compassionate Release – Victim 2 (Certified Translation) | |
| 327 | | 11/29/2022 | X | X | Photo of Hallway Near F-Unit Laundry Room | |
| 328 | | 11/29/2022 | X | X | Photo of F-Unit Laundry Room (LAF2) | |
| 337 | | 11/29/2022 | X | X | Photo of F-Unit Laundry Room (LAF2) | |
| | | 11:51 a.m. | | | Court and jury in recess. | |
| | | 12:11 p.m. | | | Court in session; jury is present. | |
| | | 12:12 p.m. | | | Direct examination of witness **Maria** by Andrew Paulson continues. | |
| | | 12:42 p.m. | | | Cross examination of witness **Maria** by James Reilly. | |
| | | 1:00 p.m. | | | Redirect examination of witness **Maria** by Andrew Paulson. | |
| 287 | | 11/29/2022 | X | X | Harley Davidson Daily Planner | |
| | | 1:05 p.m. | | | Re-cross examination of witness **Maria** by James Reilly. | |
| | | 1:07 p.m. | | | Witness **Maria** is excused. | |
| | | 1:08 p.m. | | | Government calls its fourth witness **Aurelia**. | |
| | | 1:09 p.m. | | | Witness is sworn and testified under direct examination by Molly Priedeman with the assistance of Spanish Interpreter Conchita Lozano. | |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **320** | | 11/29/2022 | X | X | Photo of F-Unit Exterior 3 | |
| | | 1:31 p.m. | | | Cross examination of witness **Aurelia** by James Reilly. | |
| | | 1:39 p.m. | | | Witness **Aurelia** is excused. | |
| | | 1:41 p.m. | | | Jury is released for the day. | |
| | | 1:42 p.m. | | | Discussion with counsel outside the presence of the jury. | |
| | | 1:43 p.m. | | | Court is adjourned until Tuesday, November 30, 2022, at 8:00 a.m. | |

3