UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** December 1, 2022  (Time: 4 hours, 36 mins) **JUDGE:** Yvonne Gonzalez Rogers

Case No: CR-21-00429-YGR
Case Name:   UNITED STATES   v. RAY J. GARCIA

Attorney for Plaintiff:     Andrew Paulson; Molly Priedeman
Attorney for Defendant:  James Reilly

**Deputy Clerk:** Kelly Collins            **Court Reporter:** Pamela Batalo Hebel

PROCEEDINGS

Jury Trial, Day 4 - HELD.

(See Attached Trial Log)

**CASE CONTINUED TO:** December 12, 2022, at 8:00 a.m. for Further Jury Trial.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Andrew Paulson; Molly Priedeman | James Reilly |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| December 1, 2022 | Pamela Batalo Hebel | Kelly Collins |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **Thursday, December 1, 2022** | |
| | | 8:00 a.m. | | | Court is in session. | |
| | | 8:01 a.m. | | | Witness is sworn under seal. | |
| | | 8:02 a.m. | | | Discussion with counsel outside the presence of the jury. | |
| | | 8:05 a.m. | | | Court is in recess. | |
| | | 8:30 a.m. | | | Court is in session. | |
| | | 8:32 a.m. | | | Jury is present. | |
| | | 8:35 a.m. | | | Government calls its eleventh witness **Katrina.** | |
| | | 8:36 a.m. | | | Court instructs jury regarding testimony of **Katrina.** | |
| | | 8:39 a.m. | | | Direct examination of witness **Katrina** by Andrew Paulson. | |
| 212 | | 12/1/2022 | X | X | Inmate Photo – K.D. | |
| | | 9:07 a.m. | | | Cross examination of witness **Katrina** by James Reilly. | |
| | | 10:07 a.m. | | | Witness is excused. | |
| | | 10:08 a.m. | | | Jury is in recess. | |
| | | 10:08 a.m. | | | Court is in recess. | |
| | | 10:27 a.m. | | | Court is in session. | |
| | | 10:30 a.m. | | | Jury is present. | |
| | | 10:32 a.m. | | | Government calls its twelfth witness **FBI Special Agent (SA) Katherine Barclay.** | |
| | | 10:32 a.m. | | | Witness is sworn and testified on direct examination by Molly Priedeman. | |
| 165 | | 12/1/2022 | X | X | Interview of R. Garcia | |
| | | 10:41 a.m. | | | Court instructs the jury regarding exhibit #165. | |
| 116 | | 12/1/2022 | X | X | Google Account Subscriber Information | |
| 120 | | 12/1/2022 | X | X | Subscriber Information - TracFone | |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **121** | | 12/1/2022 | X | X | Call Detail Records - TracFone | |
| **15** | | 12/1/2022 | X | X | Photo of Bathroom in Warden Complex | |
| | | 11:25 a.m. | | | Cross examination of witness **SA Barclay** by James Reilly. | |
| | | 11:52 a.m. | | | Jury is in recess. | |
| | | 11:52 a.m. | | | Court discusses housekeeping matter with counsel. | |
| | | 11:53 a.m. | | | Court is in recess. | |
| | | 12:12 p.m. | | | Court is in session. | |
| | | 12:13 p.m. | | | Jury is present. | |
| | | 12:13 p.m. | | | Cross examination of witness **SA Barclay** continues. | |
| | | 12:54 p.m. | | | Redirect examination of witness **SA Barclay** by Molly Priedeman. | |
| | | 12:56 p.m. | | | Witness is excused. | |
| | | 12:56 p.m. | | | Government rests. | |
| | | 12:57 p.m. | | | Defense calls its first witness **Ray Garcia.** | |
| | | 12:58 p.m. | | | Witness is sworn and testified under direct examination by James Reilly. | |
| | | 1:38 p.m. | | | Jury is admonished and released for the day. | |
| | | 1:39 p.m. | | | Court is adjourned until Friday, December 2, 2022, at 8:00 a.m. | |