**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES**

**Date: November 30, 2022  (Time: 4 hours, 52 mins) JUDGE:  Yvonne Gonzalez Rogers**

**Case No: CR-21-00429-YGR**
**Case Name:    UNITED STATES   v. RAY J. GARCIA**

**Attorney for Plaintiff:      Andrew Paulson; Molly Priedeman**
**Attorney for Defendant:   James Reilly**

**Deputy Clerk:** Kelly Collins              **Court Reporter:**  Pamela Batalo Hebel

**PROCEEDINGS**

Jury Trial, Day 3 - HELD.

(See Attached Trial Log)

**CASE CONTINUED TO: December 1, 2022, at 8:00 a.m. for Further Jury Trial**.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cr-00429-YGR-1
Case Name: USAv. Garcia

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Andrew Paulson; Molly Priedeman | James Reilly |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| November 30, 2022 | Pamela Batalo Hebel | Kelly Collins |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **Wednesday, November 30, 2022** | |
| | | 7:58 a.m. | | | Court is in session; Discussion with counsel outside the presence of the jury. | |
| | | 8:11 a.m. | | | Court is in recess. | |
| | | 8:16 a.m. | | | Court is in session. Further discussion with counsel outside the presence of the jury. | |
| | | 8:19 a.m. | | | Court is in recess. | |
| | | 8:27 a.m. | | | Court is in session. | |
| | | 8:30 a.m. | | | Jury is present. | |
| | | 8:31 a.m. | | | Government calls its fifth witness **Shindozjanae** ▮. Witness is sworn and testified under direct examination by Andrew Paulson. | |
| | | 8:42 a.m. | | | Cross examination of witness **Shindozjanae** by James Reilly | |
| | | 9:09 a.m. | | | Redirect examination of witness **Shindozjanae** by Andrew Paulson. | |
| | | 9:10 a.m. | | | Witness **Shindozjanae** is excused. | |
| | | 9:11 a.m. | | | Government calls its sixth witness **Cynthia Townsend.** | |
| | | 9:12 a.m. | | | Witness is sworn and testified on direct examination by Molly Priedeman | |
| | | 9:20 a.m. | | | Cross examination of witness **Townsend** by James Reilly. | |
| | | 9:36 a.m. | | | Witness **Townsend** excused. | |
| | | 9:37 a.m. | | | Government calls its seventh witness **Rachel.** | |
| | | 9:39 a.m. | | | Witness is sworn and testified under direct examination by Molly Priedeman. | |
| 200 | | 11/30/2022 | X | X | Inmate Photo – Victim 3 | |
| 227 | | 11/30/2022 | X | X | CMC Shop 1 | |
| 228 | | 11/30/2022 | X | X | CMC Shop 2 | |
| 229 | | 11/30/2022 | X | X | CMC Shop 3 | |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:59 a.m. | | | Jury is in recess. | |
| | | 10:00 a.m. | | | Court is in recess. | |
| | | 10:11 a.m. | | | Court is in session. | |
| | | 10:11 a.m. | | | Witness is sworn under seal. | |
| | | 10:13 a.m. | | | Court is in recess. | |
| | | 10:19 a.m. | | | Court is in session. | |
| | | 10:22 a.m. | | | Jury is present. | |
| | | 10:22 a.m. | | | Direct examination of witness **Rachel** by Molly Priedeman continues. | |
| 65 | | 11/30/2022 | X | X | Photo of Victim 3 | |
| 67 | | 11/30/2022 | X | X | Photo of Victim 3 | |
| 83 | | 11/30/2022 | X | X | Photo of Victim 3 | |
| | | 10:43 a.m. | | | Cross examination of witness **Rachel** by James Reilly. | |
| | | 11:24 a.m. | | | Witness is excused subject to recall. | |
| | | 11:24 a.m. | | | Government calls its eighth witness **Dr. Meagan Malespini.** | |
| | | 11:25 a.m. | | | Discussion with jurors regarding jury questions for witnesses. | |
| | | 11:26 a.m. | | | Witness is sworn and testified under direct examination by Andrew Paulson. | |
| 346 | | 11/30/2022 | X | X | Excerpts of Sexually Abusive Behavior Prevention and Intervention Program – Annual Training 2020 | |
| 201 | | 11/30/2022 | X | X | Employee Training Report: Any Time (R. Garcia) | |
| | | 11:51 a.m. | | | Jury is in recess. | |
| | | 11:52 a.m. | | | Discussion with counsel regarding jury question outside the presence of the jury. | |
| | | 11:54 a.m. | | | Court is in recess. | |
| | | 12:10 p.m. | | | Court is in session. | |
| | | 12:11 p.m. | | | Jury is present. | |
| | | 12:11 p.m. | | | Direct examination of witness **Dr. Malespini** continues. | |
| | | 12:17 p.m. | | | Cross examination of witness **Dr. Malespini** by James Reilly. | |
| | | 12:32 p.m. | | | Redirect of witness **Dr. Malespini** by Andrew Paulson. | |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:33 p.m. | | | Andrew Paulson reads factual stipulations #3, 4, and 8 into the record. | |
| | | 12:36 p.m. | | | Government calls its ninth witness **Monica**. | |
| | | 12:37 p.m. | | | Witness is sworn. | |
| | | 12:37 p.m. | | | Court instructs the jury as to testimony of witness **Monica.** | |
| | | 12:40 p.m. | | | Direct examination of witness **Monica** by Molly Priedeman begins.  Witness pleads the 5th. | |
| | | 12:41 p.m. | | | Jury is in recess. | |
| | | 12:41 p.m. | | | Court appoints Steve Kalar to represent witness **Monica.**  Witness is excused to meet with appointed counsel. | |
| | | 12:42 p.m. | | | Jury is present. | |
| | | 12:42 p.m. | | | Government calls its tenth witness **Christina.** | |
| | | 12:43 p.m. | | | Witness is sworn. | |
| | | 12:44 p.m. | | | Court instructs the jury regarding testimony of witness **Christina.** | |
| | | 12:46 p.m. | | | Direct examination of witness **Christina** by Andrew Paulson. | |
| 224 | | 11/30/2022 | X | X | Photo of C.V. | |
| 6 | | 11/30/2022 | X | X | Crochet Bikini | |
| 125 | | 11/30/2022 | X | X | Photo of Crochet Bikini | |
| | | 1:04 p.m. | | | Cross examination of witness **Christina** by James Reilly. | |
| | | 1:13 p.m. | | | Witness is excused. | |
| | | 1:14 p.m. | | | Sidebar. | |
| | | 1:15 p.m. | | | Sidebar ends. | |
| | | 1:17 p.m. | | | Jury is admonished and released for the day. | |
| | | 1:18 p.m. | | | Discussion with appointed counsel Steve Kalar and trial counsel regarding testimony of witness **Monica.** | |
| | | 1:19 p.m. | | | Discussion with AFPD Jane Imholte, counsel for witness **Rachel,** and trial counsel regarding testimony.  AFPD Imholte requests her client not be subject to recall.  Court **GRANTS** counsel's request as stated on the record, witness **Rachel** is excused from recall testimony. | |
| | | 1:36 p.m. | | | Court is adjourned until Thursday, December 1, 2022, at 8:00 a.m. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia
Date: November 28, 2022
Courtroom Deputy: Kelly Collins _____ - Court Reporter: _____

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|-----|-------------|-----|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia
Date: November 28, 2022
Courtroom Deputy: Kelly Collins          - Court Reporter:_____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia
Date: November 28, 2022
Courtroom Deputy: Kelly Collins _____ - Court Reporter: _____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| | | | | | | |
|--|--|--|--|--|--|--|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia
Date: November 28, 2022
Courtroom Deputy: Kelly Collins_____ - Court Reporter:_____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|----|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia
Date: November 28, 2022
Courtroom Deputy: Kelly Collins_____ - Court Reporter:_____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia
Date: November 28, 2022
Courtroom Deputy: Kelly Collins_____ - Court Reporter:_____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

|  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia
Date: November 28, 2022
Courtroom Deputy: Kelly Collins_____ - Court Reporter:_____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia
Date: November 28, 2022
Courtroom Deputy: Kelly Collins_____ - Court Reporter:_____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |