**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES**

**Date: December 2, 2022  (Time: 4 hours, 47 mins) JUDGE:  Yvonne Gonzalez Rogers**

**Case No: CR-21-00429-YGR**
**Case Name:    UNITED STATES   v. RAY J. GARCIA**

**Attorney for Plaintiff:      Andrew Paulson; Molly Priedeman**
**Attorney for Defendant:   James Reilly**

**Deputy Clerk:** Kelly Collins                 **Court Reporter:**  Pamela Batalo Hebel

**PROCEEDINGS**

Jury Trial, Day 5 - HELD.

(See Attached Trial Log)

**CASE CONTINUED TO: December 5, 2022, at 8:00 a.m. for Further Jury Trial**.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 21-cr-00429-YGR-1
Case Name: USAv. Garcia

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Andrew Paulson; Molly Priedeman | James Reilly |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| December 2, 2022 | Pamela Batalo Hebel | Kelly Collins |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **Friday, December 2, 2022** | |
| | | 8:06 a.m. | | | Court is in session. Discussion with counsel outside the presence of the jury. | |
| | | 8:12 a.m. | | | Court is in recess. | |
| | | 8:37 a.m. | | | Court is in session. | |
| | | 8:39 a.m. | | | Jury is present. | |
| | | 8:40 a.m. | | | Direct examination of witness **Garcia** by Mr. Reilly continues. | |
| | A | 12/2/2022 | X | X | FCI Dublin Diagram | |
| | | 10:02 a.m. | | | Court and jury are in recess. | |
| | | 10:22 a.m. | | | Court is in session. | |
| | | 10:23 a.m. | | | Jury is present. | |
| | | 10:23 a.m. | | | Direct examination of witness **Garcia** by Mr. Reilly continues. | |
| | B | | | | Photo | |
| | | 11:34 a.m. | | | Cross examination of witness **Garcia** by Molly Priedeman. | |
| 179 | | 12/2/2022 | X | X | Sign-In Sheet for Annual Correctional Training | |
| 191 | | 12/2/2022 | X | X | FCI Dublin PREA Standard 115.21 (c)-1,2,3,4,5,6,7,8-Evidence Protocol and Forensic Medical Examinations.pdf | |
| | | 11:50 a.m. | | | Jury is in recess. | |
| | | 11:50 a.m. | | | Discussion with counsel regarding jury instructions outside the presence of the jury. | |
| | | 11:52 a.m. | | | Court is in recess. | |
| | | 12:11 p.m. | | | Court is back in session. | |
| | | 12:12 p.m. | | | Jury is present. | |
| | | 12:12 p.m. | | | Cross of witness **Garcia** by Ms. Priedeman continues | |
| 203 | | 12/2/2022 | X | X | Sexual Abuse/Assault Allegation Paperwork | |

Case No: 21-cr-00429-YGR-1
Case Name: USA v. Garcia

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|-----|-------------|-----|
| **194** | | 12/2/2022 | X | X | FCI Dublin PREA Standard 115.33 (a) 1,2 – Inmate Education.pdf | |
| **164** | | 12/2/2022 | X | X | Warnings and Assurances for Interview of R. Garcia | |
| | | 1:44 p.m. | | | Jury is admonished and released until Monday, December 5, 2022. | |
| | | 1:44 p.m. | | | Discussion with counsel outside the presence of the jury. | |
| | | 1:45 p.m. | | | Court is adjourned until Monday, December 5, 2022, at 8:00 a.m. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |