UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** December 5, 2022    **Time:** 7:56 – 12:06    **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 21-cr-00429-YGR-1    **Case Name:** UNITED STATES v. Ray J. Garcia

**Attorney for Plaintiff:** Molly Priedeman, Andrew Paulson
**Attorney for Defendant:** James Reilly

**Deputy Clerk:** Aris Garcia    **Reported by:** Pamela Hebel

### PROCEEDINGS

Jury Trial, Day 6 – HELD

See attached.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cr-00429-YGR-1
Case Name: USAv. Garcia

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | AUSA Molly Priedeman, AUSA Andrew Paulson | James Reilly |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 12/5/2022 | Pamela Hebel | Aris Garcia |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:56 a.m. | | | **Court is in session. Discussion with counsel outside the presence of the jury.** | |
| | | 8:11 a.m. | | | **Court is in recess** | |
| | | 8:34 a.m. | | | **Court is in session** | |
| | | 8:35 a.m. | | | **Cross of witness Garcia by Ms. Priedeman continues** | |
| | | 9:39 a.m. | | | **Re-direct of witness Garcia by Mr. Reilly** | |
| | | 10:00 a.m. | | | **Court is in recess** | |
| | | 10:22 a.m. | | | **Court is back in session** | |
| | | 10:22 a.m. | | | **Re-direct of witness Garcia by Mr. Reilly continues** | |
| | | 10:42 a.m. | | | **Witness Garcia is excused** | |
| | | 10:42 a.m. | | | **Government calls witness Michael Bettencourt for direct examination by Mr. Paulson** | |
| | | 10:57 a.m. | | | **Cross-Examination of witness Bettencourt by Mr. Reilly** | |
| | | 11:25 a.m. | | | **Witness Bettencourt is excused** | |
| | | 11:25 a.m. | | | **Government calls witness Steven Putnam for direct examination by Mr. Paulson** | |
| | | 11:43 a.m. | | | **Jury is in recess** | |
| | | 11:44 a.m. | | | **Discussion with Counsel outside the presence of the jury.** | |
| | | 11:45 a.m. | | | **Court is in recess** | |
| | | 12:00 p.m. | | | **Court is back in session** | |
| | | 12:03 p.m. | | | **Jury is admonished and released until Tuesday, December 6, 2022.** | |

|  |  | **12:03 p.m.** |  |  | **Discussion with Counsel outside the presence of the jury.** |  |
|---|---|---|---|---|---|---|
|  |  | **12:06 p.m.** |  |  | **Court is adjourned until Tuesday, December 6, 2022, at 8:00 a.m.** |  |