UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 6 , 2022     **Time:** 8:03 a.m. – 4:00 p.m.     **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 21-cr-00429-YGR-1     **Case Name:** UNITED STATES v. Ray J. Garcia

**Attorney for Plaintiff:** Molly Priedeman, Andrew Paulson
**Attorney for Defendant:** James Reilly

**Deputy Clerk:** Aris Garcia     **Reported by:** Pamela Hebel

## PROCEEDINGS

Jury Trial, Day 7 – HELD

See attached.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cr-00429-YGR-1
Case Name: USAv. Garcia

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | AUSA Molly Priedeman, AUSA Andrew Paulson | James Reilly |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 12/6/2022 | Pamela Hebel | Aris Garcia |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:03 a.m. | | | Court is in session. Discussion with counsel outside the presence of the jury. | |
| | | 8:04 a.m. | | | Court is in recess | |
| | | 8:33 a.m. | | | Court is in session | |
| | | 8:35 a.m. | | | Cross-examination of witness Putnam by Mr. Reilly | |
| | | 9:07 a.m. | | | Re-direct of witness Putnam by Mr. Paulson | |
| | | 9:09 a.m. | | | Witness Putnam is excused | |
| | | 9:10 a.m. | | | Jury Instructions given | |
| | | 9:40 a.m. | | | Court is in recess | |
| | | 9:56 a.m. | | | Court back in session | |
| | | 9:56 a.m. | | | Government closing statement by Ms. Priedeman | |
| | | 10:58 a.m. | | | Jury in recess | |
| | | 10:59 a.m. | | | Court is in recess | |
| | | 11:52 a.m. | | | Defendant closing statement by Mr. Reilly | |
| | | 1:38 p.m. | | | Court is in recess | |
| | | 1:52 p.m. | | | Court is back in session | |
| | | 1:53 p.m. | | | Government rebuttal closing statement by Mr. Paulson | |
| | | 2:39 p.m. | | | Jury in deliberations. | |
| | | 4:00 p.m. | | | Jury leaves for the day will return for further deliberations on 12/7/2022 at 8:30 a.m. | |