## Exhibit Index

| Exhibit | Description | Sealed |
|---|---|---|
| 1 | Physical Exhibit - Dried Rose | |
| 6 | Physical Exhibit - Crochet Bikini | |
| 7 | Photo of Cell | |
| 15 | Photo of Bathroom in Warden Complex | |
| 29 | Photo of Cell | |
| 35 | Photo of Bathroom in Visitation | |
| 37 | Photo of Bathroom in Visitation | |
| 38 | Photo of Bathroom in Visitation | |
| 39 | Photo of Visitation | |
| 40 | Photo of Changing Stalls in Visitation | |
| 42 | Photo of Changing Stalls in Visitation | |
| 44 | Photo of Changing Stalls in Visitation | |
| 46 | Photo of Visitation | |
| 50 | Photo of Visitation | |
| 51 | Photo of Melissa | Sealed |
| 52 | Photo of Melissa | Sealed |
| 53 | Photo of Melissa | Sealed |
| 54 | Photo of Melissa | Sealed |
| 55 | Photo of Melissa | Sealed |
| 56 | Photo of Melissa | Sealed |
| 58 | Denial of Compassionate Release - Maria | |
| 59 | Request for Compassionate Release - Maria | |
| 60 | Request for Transfer - Melissa | |
| 65 | Photo of Rachel | Sealed |
| 67 | Photo of Rachel | Sealed |
| 83 | Photo of Rachel | Sealed |
| 116 | Google Account Subscriber Information | |
| 120 | Subscriber Information - TracFone | |
| 121 | Call Detail Records - TracFone | |
| 125 | Photo of Crochet Bikini | |
| 127 | Photo of R. Garcia's Penis | Sealed |
| 164 | Warnings and Assurances for Interview of R. Garcia | |
| 165 | Interview of R. Garcia | |
| 179 | Sign-In Sheet for Annual Correctional Training | |
| 191 | FCI Dublin PREA Standard 115.21 (c)-1,2,3,4,5,6,7,8 - Evidence Protocol and Forensic Medical Examinations | |
| 194 | FCI Dublin PREA Standard 115.33 (a)-1,2 - Inmate Education | |
| 201 | Employee Training Report: Any Time (R. Garcia) | |

| Exhibit | Description | Sealed |
|---|---|---|
| 203 | Sexual Abuse/Assault Allegation Paperwork | |
| 212 | Inmate Photo - Katrina | |
| 214 | Inmate Photo - Maria | |
| 217 | Inmate Photo - Melissa | |
| 219 | Inmate Photo - Aurelia | |
| 220 | Inmate Photo - Rachel | |
| 224 | Inmate Photo - Christina | |
| 227 | CMS Shop 1 | |
| 228 | CMS Shop 2 | |
| 229 | CMS Shop 3 | |
| 240 | Rec Area 1 | |
| 241 | Rec Area 2 | |
| 242 | Rec Area 3 | |
| 273 | Request for Compassionate Release - Maria (Certified Translation) | |
| 287 | Physical Exhibit - Harley Davidson Daily Planner | |
| 288 | Photo of R. Garcia's Penis | Sealed |
| 295 | Photo of R. Garcia's Penis | Sealed |
| 308 | Inmate Photo - Shindozjanae | |
| 314 | Aerial View of FCI Dublin | |
| 320 | Photo of F-Unit Exterior | |
| 321 | Photo of F-Unit Exterior | |
| 327 | Photo of Hallway Near F-Unit Laundry Room | |
| 328 | Photo of F-Unit Laundry Room (LAF2) | |
| 337 | Photo of F-Unit Laundry Room (LAF2) | |
| 341 | Inmate Discipline Report - PD 15 - Chrono | |
| 342 | Inmate Discipline Report - PD 15 - Special | |
| 343 | Inmate Discipline Report - Pending | |
| 344 | Inmate Discipline Report - DARTS | |
| 346 | Excerpts of Sexually Abusive Behavior Prevention and Intervention Program - Annual Training 2020 | |
| Exhibit A | FCI Dublin Schematics | Sealed |
| Exhibit B | Photo of Rachel | Sealed |