UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 19, 2022   **Time:** 9:00 – 9:14   **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 21-cr-00429-YGR-1   **Case Name:** UNITED STATES v. Ray J. Garcia

**Attorney for Plaintiff:** Molly Priedeman, Andrew Paulson
**Attorney for Defendant:** Kevin Little

**Deputy Clerk:** Aris Garcia   **Reported by:** Pamela Hebel

## PROCEEDINGS

Status Conference – HELD via Zoom

Post-trial Motions due by 2/2/2023

Oppositions due by 2/23/2023

Reply due by 3/2/2023

Hearing on the Post-trial Motions will be held on 3/15/2023 at 2:00 p.m.

Sentencing continued to 3/22/2023 at 2:00 p.m.

Probation shall provide the PSR in accordance with the original 3/8/2023 sentencing date.

Sentencing memos due two weeks prior to sentencing.