**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.:  4:21-cr-00429-YGR |
| Plaintiff, | **[PROPOSED] ORDER RE DEFENDANT'S EX PARTE APPLICATION FOR ISSUANCE OF SUBPOENA** |
| v. | |
| RAY J. GARCIA | |
| Defendant. | |

This matter is before the Court on the application of the Defendant for the production of records and the issuance of a subpoena, pursuant to Crim. L.R. 17-2.

Based on the representation that the production of the proposed records is necessary for the Defendant's motion for a new trial, the Court grants the application.  The proposed subpoena shall issue forthwith.

Dated:  December 21, 2022

Hon. Yvonne Gonzalez Rogers
United States District Judge