SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone:  510-412-8900
Cell:   415-913-0787
email:  jim@summitdefense.com

Attorneys for Defendant RAY JOE GARCIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | : | Case No. 4:21-cr-00429-YGR |
| Plaintiff, | : | |
| | : | CERTIFICATION OF FORMER |
| vs. | : | COUNSEL RE DESTRUCTION |
| | : | OR TRANSFER OF JUROR |
| RAY J. GARCIA, | : | QUESTIONNAIRES |
| | : | |
| Defendant. | : | |
| | : | |

Former Counsel for **DEFENDANT RAY J. GARCIA** hereby certifies, pursuant to the December 13, 2022, order of the court, and the court's email of December 20, 2022, that he has destroyed all electronic copies of the jury questionnaires in his possession and that he has mailed to successor counsel, Kevin G. Little, all printed copies of the questionnaires.  No copy of any questionnaire has been retained by former counsel

Date:  December 24, 2022           Respectfully submitted,

_____
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254

**CERTIFICATION OF FORMER COUNSEL RE
DESTRUCTION OR TRANSFER OF JUROR QUESTIONNAIRES**