**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.:  4:21-cr-00429-YGR |
| Plaintiff, | **ORDER RE DEFENDANT'S MOTION FOR A NEW TRIAL** |
| v. | |
| RAY GARCIA | |
| Defendant. | |

This matter is before the Court on the application of the Defendant for the production of records and the issuance of a subpoena, pursuant to Federal Rule of Criminal Procedure 33 and Local Rule 47-2.

Based on the arguments and evidence set forth, the Court finds the interests of justice require that a new trial be ordered.

IT IS SO ORDERED.


Dated:                                              _____
Hon. Yvonne Gonzalez Rodriguez
United States District Judge