UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  Plaintiff,<br><br>  v.<br><br>**RAY GARCIA,**<br><br>  Defendant. | Case No. 21-CR-0429 YGR<br><br>**ORDER DEEMING BRIEFING ON MOTION FOR NEW TRIAL SUBMITTED** |

Defendant Ray J. Garcia filed a motion for new trial on February 2, 2023. (*See* Dkt. No. 135.) On December 19, 2022, the Court held a status conference to set a briefing schedule on the anticipated motion. (Dkt. No. 125.) The government's opposition deadline was set for February 23, 2023, and the reply deadline was set for March 2, 2023. As demonstrated by the docket, the government has timely opposed. No response has been timely submitted by the defendant.

In light of the foregoing, the Court deems the briefing submitted unless the defendant files a reply by 12:00 p.m. on Monday, March 6, 2023.

**IT IS SO ORDERED.**

Dated: March 3, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**