# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| **Date:** March 17, 2023 | **Time:** 9:59-10:53 a.m. (54 minutes) | **Judge:** Yvonne Gonzalez Rogers |
|---|---|---|
| **Case No.:** 21-cr-00429-YGR-1 | **Case Name:** USA v. Garcia | |

**Defendant:** Garcia (Present)
**Attorney for Plaintiff:** Molly Priedeman and Andrew Paulson
**Attorney for Defendant:** Kevin Little
**Probation Officer:** Katrina Chu

**Deputy Clerk:** Nikki D. Riley          **Court Reporter:** Raynee Mercado

**PROCEEDINGS:** Motion Hearing-HELD

**Notes:** Motion for new trial (docket no. 135) is argued and submitted by the parties and DENIED by the Court. Formal written order to issue. The Court sets a deadline of Monday, March 20th at 10 a.m. for: 1) the government to advise the Court if an evidentiary hearing is being requested and 2) the defendant to submit additional briefing for sentencing. The sentencing is advanced to 10 a.m. on Wednesday, March 22, 2023. The government will be provided a phone number to a phone line for their one victim to appear by phone for the sentencing hearing.