Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant Ray J. Garcia

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 4:21-cr-00429-YGR |
| Plaintiff(s), | *Assigned to: The Hon. Yvonne Gonzalez Rogers* |
| v. | **DEFENDANT RAY J. GARCIA'S REQUEST TO SUBMIT A WRITTEN STATEMENT FROM SUPPORTING WITNESS AT SENTENCING** |
| RAY J. GARCIA | |
| Defendant(s). | |

TO THE HONORABLE COURT:

Defendant Ray Jay Garcia through as undersigned counsel hereby request permission to submit a written statement from his son at sentencing. It was intended that his son, aged 16, would be one of the witnesses who would address the Court personally, but, unfortunately, the nature of his disability will not allow for that. Counsel apologizes for the belated notice, but he did not realize the profound nature of defendant's son's disability until speaking with him personally over the weekend.

Dated: March 20, 2023        LAW OFFICE OF KEVIN G. LITTLE

*/s/ Kevin G. Little*
Kevin G. Little
Attorneys for Defendant Ray J. Garcia

DEFENDANT RAY J. GARCIA'S REQUEST TO SUBMIT A WRITTEN STATEMENT FROM SUPPORTING WITNESS AT SENTENCING