UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 22, 2023     **Time:** 10:00 - 11:50     **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 21-cr-00429-YGR-1     **Case Name:** UNITED STATES v. Garcia

**Attorney for Plaintiff:** Andrew Paulson and Molly Priedeman
**Attorney for Defendant:** Kevin Little

**Deputy Clerk:** Mauriona Lee     **Reported by:** Pamela Hebel
**Interpreter:** N/A     **Probation Officer:** Kyle Pollak

## PROCEEDINGS

Sentencing held. The victims and Defendant addressed the Court.
The Defendant is committed to the custody of the Bureau of Prisons for a term of 70 months on Counts 1, 2 and 4; 24 months on Counts 3, 5, 6 and 7; and 70 months on Count 8, all counts to be served concurrently; 15 years supervised release on Counts 1 through 7, and 3 years on Count 8, all such terms to run concurrently with the special conditions set forth in the judgment. The defendant waived his right to appeal. The Defendant shall pay a special assessment in the amount of $800.00 due immediately. Restitution in the amount of $15,000. The Court finds the Defendant does not have the ability to pay and orders the fine waived. A self-surrender date of: May 19, 2023 by Noon was set by the Court. The Defendant shall surrender to his designated facility or to the United States Marshal by that date and time.