

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*

July 7, 2023

CASE NUMBER: 21-cr-00429-YGR-1

CASE TITLE: USA v. Garcia

     Exhibits disposed in accordance with Criminal Local Rule 55-1 and Civil Local Rule 79-4(c).

List of Exhibits Disposed: Defendant's Trial Exhibits.

                                      Very truly yours,

                                      Mark B. Busby, Clerk of Court

                                      *Cynthia J. Lenahan*

                                      _____

                                      by: Cynthia Lenahan

                                      Case Systems Administrator

                                      510-637-3538