ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
ANDREW PAULSON (CABN 267095)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   molly.priedeman@usdoj.gov
   andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAY J. GARCIA, <br><br> Defendant. | NO. CR-21-00429 YGR <br> [FILED NOVEMBER 2, 2021] |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROSS KLINGER, <br><br> Defendant. | NO. CR-22-00031 YGR <br><br> [FILED JANUARY 28, 2022] <br><br> NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | NO. CR-22-00066-YGR |
| 2 | Plaintiff, ) | [FILED FEBRUARY 17, 2022] |
| 3 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 4 | JOHN RUSSELL BELLHOUSE, ) | |
| 5 | Defendant. ) | |
| 6 | | |
| 7 | UNITED STATES OF AMERICA, ) | NO. CR-22-00104-YGR |
| 8 | Plaintiff, ) | [FILED MARCH 10, 2022] |
| 9 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 10 | ENRIQUE CHAVEZ, ) | |
| 11 | Defendant. ) | |
| 12 | | |
| 13 | UNITED STATES OF AMERICA, ) | NO. CR-23-00110-YGR |
| 14 | Plaintiff, ) | [FILED APRIL 13, 2023] |
| 15 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 16 | DARRELL WAYNE SMITH, ) | |
| 17 | a/k/a "Dirty Dick Smith," ) | |
| 18 | Defendant. ) | |
| 19 | | |
| 20 | UNITED STATES OF AMERICA, ) | NO. CR-23-00212-HSG |
| 21 | Plaintiff, ) | [FILED JULY 13, 2023] |
| 22 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 23 | ANDREW JONES, ) | |
| 24 | Defendant. ) | |

|   |   |   |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | ) NO. CR-23-00213-HSG |
| 2 | Plaintiff, | ) [FILED JULY 13, 2023] |
| 3 | v. | ) NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 4 | NAKIE NUNLEY, | ) |
| 5 | Defendant. | ) |

Pursuant to Local Criminal Rule 8-1, the United States of America hereby notifies the Court that the seven above-captioned criminal cases are related. In CR-21-00429, Ray J. GARCIA was charged with three counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b), four counts of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(4), and one count of making a false statement to a government agency in violation of 18 U.S.C. § 1001(a)(2). The conduct occurred between December 2019 and July 2021 while GARCIA was the associate warden and then warden at BOP Federal Correctional Institute in Dublin (hereafter "FCI Dublin").

In CR-22-00031, Ross KLINGER is charged with three counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b). The conduct occurred in 2020 while KLINGER was a correctional officer at FCI Dublin, and GARCIA was the associate warden.

In CR-22-00066, John Russell BELLHOUSE is charged with two counts of sexual abuse of ward in violation of 18 U.S.C. § 2243(b) and three counts of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(4). The conduct occurred between December 2019 and December 2020 while BELLHOUSE was KLINGER's supervisor on the Safety & Recycling crew at FCI Dublin, and while GARCIA was the associate warden and then warden.

In CR-22-00104, Enrique CHAVEZ was charged with two counts of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(4). The conduct occurred in October 2020 while CHAVEZ was a correctional officer at FCI Dublin, and GARCIA was the associate warden.

In CR-23-0110, Darrell Wayne SMITH is charged with five counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b), six counts of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(3), and one count of aggravated sexual abuse in violation of 18 U.S.C. § 2241(a). The conduct occurred between May 2019 and May 2021 while SMITH was a correctional officer at FCI Dublin, and

GARCIA was the associate warden and then warden.

In CR-23-00212, Andrew JONES is charged with six counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b) and one count of making a false statement to a government agency in violation of 18 U.S.C. § 1001(a)(2). The conduct occurred between July 2020 and June 2021 while JONES was a correctional officer at FCI Dublin, and GARCIA was the associate warden and then warden.

In CR-23-0213, Nakie NUNLEY is charged with four counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b), five counts of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(4), and one count of making a false statement to a government agency in violation of 18 U.S.C. § 1001(a)(2). The conduct occurred between March 2020 and November 2021 while NUNLEY was a correctional officer at FCI Dublin, and GARCIA was the associate warden and then warden. Thus, all seven cases involve sexual abuse of a ward at FCI Dublin during the same timeframe. Moreover, GARCIA supervised KLINGER, BELLHOUSE, CHAVEZ, SMITH, JONES, and NUNLEY during the timeframe of the abuse.

The government anticipates that the evidence that the government produces in these cases will overlap. All seven cases arose from an investigation into FCI Dublin during the same timeframe, and many of the interviews conducted by the government, as well as other evidence, pertain to all seven cases. Based upon these facts, the cases are related within the meaning of Local Criminal Rule 8-1(b)(2) because these actions appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges.

Pursuant to Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: July 14, 2023                              Respectfully submitted,

                                                  ISMAIL J. RAMSEY
                                                  United States Attorney


                                                  */s/ Andrew Paulson*
                                                  ANDREW PAULSON
                                                  Assistant United States Attorney